# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FIREFIGHTERS' RETIREMENT
SYSTEM

VERSUS

WARREN REED HOLLOWAY

NO.   2021 CW 0925

**DECEMBER 22, 2021**

---

In Re:    Firefighters'   Retirement   System,   applying   for
          rehearing,  19th  Judicial  District  Court,  Parish  of
          East Baton Rouge, No. 642604.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JEW**
**MRT**

**McClendon, J.,** dissents and would grant rehearing solely
for the purpose of oral argument.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT